**Niajah DEEDS, a Minor by her Legal Guardian, Julia RENZULLI, Respondent**

**v.**

**UNIVERSITY OF PENNSYLVANIA MEDICAL CENTER, Hospital of the University of Pennsylvania and Trustees of the University of Pennsylvania, Petitioners.**

Supreme Court of Pennsylvania.

Dec. 3, 2015.

## ORDER

PER CURIAM.

AND NOW, this 3rd day of December, 2015, the June 12, 2015 Order **VACATED**, and the Petition for Allowance of Appeal is dismissed as **MOOT**.